962 So.2d 442 (2007)
Leon D. FUSSELL
v.
NORTH LOUISIANA CRIMINALISTICS LABORATORIES, et al.
Leon D. Fussell
v.
Joseph R. Kutch
Leon D. Fussell
v.
I.C. Turnley, Jr., M.D., et al.
No. 2007-CP-0642.
Supreme Court of Louisiana.
August 31, 2007.
In re  Plaintiff(s); Fussell, Leon D. Applying for Reconsideration of this Court's order dated May 11, 2007; Parish of LaSalle, 28th Judicial District Court, Div. O. Nos. 35031, 35030, 35029,; to the Court of Appeal, Third Circuit, Nos. CW 06-01511, CW 06-01525, CW 06-01526.
Reconsideration Denied.